UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
Portland Division

| | |
|---|---|
| **NIELS MADSEN,** an individual | Civil № 11-CV-915-KI |
| Plaintiff, | |
| v. | |
| **CITY OF PORTLAND,** a political subdivision and municipality, | SUPPLEMENTAL JUDGMENT |
| Defendant . | |

KING, District Judge.

Pursuant to stipulation of the parties, Supplemental Judgment is entered in favor of plaintiff Niels Madsen and against defendant City of Portland in the amount of $55,000 as and for attorneys fees and $571.26 as and for costs.

Dated this 10th day of November, 2011.

_____
Garr M. King
United States District Judge

Page 1 – SUPPLEMENTAL JUDGMENT